

Re: US v. Jerabeck, et al. PSR
James Nobles
to:
Paula_Rand
10/30/2018 09:44 AM

Judge Larimer,

I have spoken with all defense counsel. Given our conference and your email, all defense counsel agree that we will withdraw our remaining objections to the PSR. We would like to reserve the right to give explanations of our clients conduct or positions to certain relevant paragraphs contained in the PSR. Obviously that would require that I amend Mr. Jerabeck's as it has already been filed. Defense counsel would collectively request that we given 3 weeks to file our sentencing memorandums and that our clients sentencing be scheduled there after. Would this proposal be acceptable to the Court? I have spoken to AUSA Resnick and he has no objection to this proposal.

Respectfully,

James Nobles

> On Oct 26, 2018, at 3:28 PM, Paula_Rand@nywd.uscourts.gov wrote:
>
> Counsel --
>
>     The Probation Department will not submit a new PSR. The October 15, 2018 PSR is the operative document. I've adjourned, without date, the November 1st hearing, but I would like to know within the next several days as to how defendants wish to proceed.
>
>
>
> Judge Larimer

James Nobles, Esq.
45 Exchange Blvd
Suite 275
Rochester, NY 14614
(585) 546-1260